AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

DEC 22 2019

SOUTHERN   DISTRICT OF   TEXAS

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Fildemar Rebollar-Gomez

AKA: Jose Rebollar Mondragon

IAE   YOB:   1977
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-19-3129-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 21, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Fildemar Rebollar-Gomez was encountered by Border Patrol Agents near Roma, Texas on December 21, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 21, 2019, near Roma, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on January 17, 2017 through El Paso, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 22, 2014, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to thirty-three (33) months confinement and three (3) years supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 22, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Mickel Gonzalez
Signature of Complainant

Mickel Gonzalez
Printed Name of Complainant

December 22, 2019              4:18 p.m.
Date

Peter E Ormsby           , U.S. Magistrate Judge
Name and Title of Judicial Officer

Peter E Ormsby
Signature of Judicial Officer